**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/13/18 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 BRYAN MALANOSKI

   Debtor(s)
 Ronda J. Winnecour, Trustee
   Movant
       vs.
 BRYAN MALANOSKI

   Respondents

Case No. 13-25024GLT

Chapter 13

Document No. 63

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __13th__ day of __November__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Power Piping
Attn: Payroll Manager
436 Butler St
Pittsburgh, PA 15233

is hereby ordered to immediately terminate the attachment of the wages of BRYAN MALANOSKI, social security number XXX-XX-0820. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of BRYAN MALANOSKI.

DATED: 11/13/18

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                        Case No. 13-25024-GLT
Bryan Malanoski                                                                               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: culy                Page 1 of 1              Date Rcvd: Nov 13, 2018
                                  Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             Bryan Malanoski,    703 Eastman Street,    West Mifflin, PA   15122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Gary William Short    on behalf of Debtor Bryan  Malanoski garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4